LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

GARY E. HASLERUD, SBN 178023
**HASLERUD LAW OFFICES**
499 Hemsted Drive, Suite B
Redding, CA  96002
Telephone:  (530) 605-1418
Facsimile:  (530) 246-2836
Email:  ghaslerud@haslerudlaw.com

Attorney for Defendant Lumberjacks, Inc.

RYAN STOTTLEMYER, SBN 212632
**MCKENNA LONG & ALDRIDGE LLP**
2030 Main Street, Suite 1000
Irvine CA 92614
Telephone: (949) 732-3700
Facsimile: (949) 732-5862
Email:  rstottlemyer@mckennalong.com

Attorney for Defendants Steadfast Yuba City I, LLC and Steadfast Yuba City II, LLC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No.  2:13-cv-01329-WBS-CMK |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal and [Proposed] Order Thereon** |
| Lumberjacks, Inc. dba Lumberjacks; Steadfast Yuba City I, LLC; Steadfast Yuba City II, LLC, | |
| Defendants. | |
| _____/ | |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendants Lumberjacks, Inc. dba Lumberjacks, Steadfast Yuba City I, LLC and Steadfast Yuba City II, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 17, 2013        LAW OFFICES OF LYNN HUBBARD

                                 /s/   Lynn Hubbard
                                Lynn Hubbard III, Esq.
                                Attorney for Plaintiff Brenda Pickern

Dated: December 30, 2013        HASLERUD LAW OFFICES

                                 /s/   Gary Haslerud
                                Gary Haslerud, Esq.
                                Attorney for Defendant Lumberjacks, Inc.

Dated: December 17, 2013        MCKENNA LONG & ALDRIDGE LLP

                                 /s/   Ryan Stottlemyer
                                Ryan C. Stottlemyer, Esq.
                                Attorney for Defendants Steadfast Yuba City I,
                                LLC; and, Steadfast Yuba City II, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-01329-WBS-CMK, is dismissed with prejudice in its entirety.

Dated: December 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE